To whom it may concern,

I have known John Todd for almost 6 years now. We've definitely had our ups and downs. He loves and cares so deeply to those that matter most to him. I have not been around for his entire life but through the years I have learned and seen a lot. He has been dealt a number of bad hands in his life, starting with not having the best home life. He grew up with a mom that never had his best interest at heart. Always choosing abusive men/relationships over the safety and well being of her children. He has been mentally and physically abused his whole life going into adulthood. He grew up in a home where he was a last choice or not a choice at all. He joined the military when he was 18 and was in for 3 1/2 years. He witnessed more than anyone should have to bear seeing. He watched friends get blown to pieces. He was also a victim of MST (military sexual trauma). These events have caused him to suffer from PTSD which led to his other than honorable discharge from the military. His PTSD has continued effecting his life as the years have gone by. Due to his discharge it has made getting any benefits from the VA difficult. He has finally been able to receive some help from the VA and hopes to continue seeking help from the VA in South Carolina where he has a full support system. Through these last 6 years I have witnessed the failing support of an absent and careless mother & father.

and the disrespect of a brother who thinks he is entitled to everything. I wont make excuses for Johns actions or what he's done in the past but I believe his bad upbringing along with the physical, emotional and sexual abuse side by side with no support system has set him up for failure. He is currently trying to move to South Carolina to be with his supportive sister and seek VA treatment out there. His sister is one of the only family members that has continuously supported John and always has done everything she could for him. I believe that John going to South Carolina to be with and near his strongest support system is most important right now. They have a great VA program out there that John would be immensely beneficial for him. He wants to get better and learn to cope with everything he's had to endure. No person should suffer the amount of traumas that he has in his lifetime. He wants to learn healthy coping skills and to succeed the way we all know he can. He does not have the support in Missouri that he needs to succeed and grow. John only wants whats best for everyone and he will bend over backwards for people who wouldnt lift a finger for him. I know that these are just words on a paper to some but I'm hoping he will be given the chance to move to South Carolina so he can become the man we all know he is capable of being. I hope you'll take

this letter into consideration and allow him to move to where he is supported most and closer to a phenominal VA center. John is not a violent man or a danger to others. He is simply a man who is actively trying to get help in the right way when so many sources have failed him. I know and have seen the man that he is and look forward to seeing him overcome these obsticles. He needs a fresh start. South Carolina with his sister will be that fresh start that he needs to get back on his feet.

Sincerely,

Kelsey Williams
(816) 529-8632