IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JOHN GEORGE TODD,<br><br>        Defendants. | Criminal No.: **1: 22-cr-166 (MAU)**<br><br>**DEFENDANT CONSENT TO APPEAR BY VIDEO CONFERENCE** |

Defendant Todd, by and through undersigned counsel, hereby moves and consents to proceed via Zoom video conference for the motions hearing set for November 15th at 11:00 am. This consent is provided freely and voluntarily and no threats or promises have been made to compel Defendant's consent. Counsel has conferred with United States and they do not object to this motion.

Dated: November 11, 2023

_____
John Todd (Nov 11, 2023 11:57 EST)

Nov 11, 2023

                                    Respectfully Submitted,

                                    /s/ *John M. Pierce*
                                      John M. Pierce
                                    21550 Oxnard Street
                                    3rd Floor, PMB #172
                                    Woodland Hills, CA 91367
                                    Tel: (213) 400-0725
                                    Email: jpierce@johnpiercelaw.com

                                    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

 I, John M. Pierce, hereby certify that on this day, November 11, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

        /s/ John M. Pierce
        John M. Pierce