# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 22-CR-00166-MAU |
| v. : | |
| : | |
| JOHN GEORGE TODD III, : | |
| : | |
| Defendant. : | |

## NOTICE OF INDICTMENT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby responds to the Court's Minute Order (December 6, 2023) directing the Government to file a notice regarding any updates on any indictments sought against the defendant.

On December 6, 2023, a federal grand jury in the District of Columbia returned an indictment, charging the defendant with a felony, to-wit: Inflicting Bodily Injury on Certain Officers, in violation of 18 U.C.S § 111(a)(1) and (b) in addition to the identical misdemeanor counts contained in the Complaint.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:    /s/ *Barry K. Disney*
Barry K. Disney
KS Bar No. 13284
Assistant United States Attorney – Detailee
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Email:  Barry.Disney@usdoj.gov
Cell:  (202) 924-4861

## CERTIFICATE OF SERVICE

On this 7th day of December, 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

2

<u>/s/ Barry K. Disney</u>
Assistant United States Attorney – Detailee
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Email: Barry.Disney@usdoj.gov
Cell: (202) 924-4861

2