CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

JOHN GEORGE TODD III

Civil/Criminal No.: 22CR166 (BAH)

**FILED**
FEB 07 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**NOTE FROM JURY**

We reach a verdict

Date: 1:26

Time: 2/7/24

FOREPERSON