# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 22-CR-00166-MAU |
| v. : | |
| : | |
| JOHN GEORGE TODD III, : | |
| : | |
| Defendant. : | |

## UNITED STATES' MOTION FOR LEAVE TO FILE EXHIBITS A-C UNDER SEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court for an Order placing under seal the Government's Exhibits A-C related to the Government's Submission Regarding Restitution.

As grounds for its motion, the Government states the following:

Exhibits A-C contain information from the Architect of the Capitol, the Senate Sargent at Arms, and the Secretary of the Senate pertaining to, *inter alia*, government contracting and procurement: replacement and repair costs of items that were damaged or stolen on January 6, 2021. Such material is "highly sensitive" pursuant to the Protective Order entered in this case, *see* ECF No. 15 at 2 (listing repair estimates from the Architect of the Capitol as an example of material that may be designated as "highly sensitive"); the agencies have requested these materials be filed under seal.

Accordingly, the Government submits that under *Washington Post v. Robinson*, 935 F.2d 282, 289, n.10 (D.C. Cir. 1991), these facts present an extraordinary situation and a compelling governmental interest which justifies the sealing of Exhibits A-C.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY:    /s/ *Matthew Beckwith*
MATTHEW BECKWITH
DC Bar No: 90014452
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20004
Matthew.beckwith@usdoj.gov

/s/ *Barry K. Disney*
Barry K. Disney
KS Bar No. 13284
Assistant United States Attorney – Detailee
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Email: Barry.Disney@usdoj.gov
Cell: (202) 924-4861

/s/ *Allison K. Ethen*
Allison K. Ethen
MN Bar No. 0395353
Assistant United States Attorney – Detailee
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Email: Allison.Ethen@usdoj.gov

*/s/ Kaitlin Klamann*
KAITLIN KLAMANN
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20530